UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
---------------------------------------------------------------------X  
:  
FRANGIE ESPINAL, *on behalf of herself and all others*   :  
*similarly situated*,   :  
  :  
                     Plaintiff,   :      25-CV-2073 (JMF)  
  :  
            -v-   :      <u>ORDER</u>  
  :  
GOOD SAM ENTERPRISES, LLC,   :  
  :  
                     Defendant.   :  
  :  
---------------------------------------------------------------------X  

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: March 14, 2025  
       New York, New York  
                                                      JESSE M. FURMAN  
                                         United States District Judge